1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   KATHERINE R. LOO, SBN CA 162029
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8943
        Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  ALANA GAMBRELL,                    )
                                       )
13          Plaintiff,                 )     CIVIL NO. C-07-00232 EDL
                                       )
14          v.                         )     STIPULATION AND ORDER OF REMAND
                                       )
15                                     )
    MICHAEL J. ASTRUE,                 )
16  Commissioner of                    )
    Social Security,                   )
17                                     )
            Defendant.                 )
18  _____)

19      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

20  approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security,

21  pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to

22  offer Plaintiff a new hearing and decision.

23      Upon remand, the Office of Disability Adjudication and Review will remand this case to an

24  Administrative Law Judge (ALJ) and direct the ALJ to give further consideration to the treating source

25  opinion of Sandra Weatherby, M.D., and explain the weight given to such opinion evidence. The ALJ

26  will also request the treating sources to provide additional evidence and clarification of what Plaintiff

27  can still do despite her impairments. In addition, the ALJ will consider Plaintiff's service connected

28  disability retirement by the Alameda County Employees' Retirement Association. The ALJ will also be

directed to consult a vocational expert to clarify the effects of Plaintiff's assessed limitations on Plaintiff's occupational base and identify examples of appropriate jobs.  Before relying on the vocational expert evidence, the ALJ will identify and resolve any conflicts between the occupational evidence provided by the vocational expert and the *Dictionary of Occupational Titles* and *The Selected Characteristics of Occupations*.

Dated: June 7, 2007

/s/ Tony Arjo
*(As authorized via facsimile on June 7, 2007)*
TONY ARJO
Attorney for Plaintiff

SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

Dated: June 7, 2007

By: /s/ Katherine R. Loo
KATHERINE R. LOO
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

Dated: June 8, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge

2